# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

In re:

**GLOBAL REALTY MANAGEMENT, INC.,**             **CHAPTER 11**

          **DEBTOR.**                              **CASE NO. 19-12812-KHK**

_____

**GLOBAL REALTY MANAGEMENT, INC.**
**KIMBERLY VU, DEBTOR DESIGNEE,**

          **MOVANTS,**
**vs.**
**WILMINGTON SAVINGS FUND SOCIETY,**
**FSB, D/B/A CHRISTIANA TRUST AS OWNER**
**TRUSTEE OF THE RESIDENTIAL**
**CREDIT OPPORTUNITIES TRUST V,**

          **RESPONDENT.**

## <u>ORDER DENYING MOTION TO DETERMINE</u>
## <u>VOID/INVALIDATE FORECLOSURE SALE</u>

      This matter came before the Court on the Motion to Determine Void/Invalidate Foreclosure Sale filed by Kimberly Vu, Debtor Designee, on August 30, 2019 and the response filed by counsel for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, on October 1, 2019.  After a hearing on the record on October 8, 2019, the Court makes the following findings of fact and conclusions of law:

      The August 26, 2019 foreclosure sale of 42414 Chamois Court, Sterling, Virginia, 20166 concluded over four hours prior to the filing of the instant Chapter 13 case, meaning the Debtor had no legal or equitable interest in the Property at the time of the bankruptcy petition filing herein and there was no automatic stay with regard to this case.  Said foreclosure sale was conducted pursuant to the Order Granting Relief from the Automatic Stay entered May 15, 2019, which was not impacted by Ms. Vu's multiple Motions to Reconsider in case 18-11117-BFK or her appeal of other issues in 1:19-cv-00634-LO-IDD.

Brandon R. Jordan, Esquire
Counsel for Movant
Samuel I. White, P.C.
Bar No. 72170
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 63129

Ms. Vu presented no evidence of any automatic stay violation or irregularity in the foreclosure process despite her allegations of the same and failed to attend the hearing on October 8, 2019.

For the reasons stated on the record at hearing, it is hereby **ORDERED**, ADJUDICATED, and DECREED that the Motion to Determine Void/Invalidate Foreclosure Sale is **DENIED**.

DATED:

Oct 11 2019

/s/ Klinette H. Kindred
_____

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

October 11, 2019
_____

I ask for this:

By: /s/ **BRANDON R. JORDAN**
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
bjordan@siwpc.com
Counsel for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V

CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: /s/ **BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following and to the 20 largest unsecured creditors on the Debtors's mailing matrix, as listed on the attached mailing list:

Global Realty Management, Inc., Debtor c/o
Kimberly Vu, Debtor Deisgnee
42414 Chamois Court
Sterling, VA 20166