**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

    Global Realty Management Inc.     Case No. 19-12812-KHK
    Debtor                            (Chapter 11)

**ORDER CONTINUING HEARING AND REQUIRING DEBTOR TO APPEAR TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**

On August 26, 2019, the Debtor filed this Voluntary Chapter 11 case without counsel. The Debtor is not an individual nor is the Debtor represented by an attorney. An Order to Show Cause (Docket No. 29) was issued by this Court for the Debtor to appear as to why there has been no response regarding the requirement of counsel for filing on behalf of an entity. It appearing that the Debtor has not retained counsel and failed to appear at the hearing. The Court finds Kimberly Vu, the debtor designee, in contempt for failure to retain counsel for the business and it is therefore,

**ORDERED:**

1. The Show Cause Hearing shall be held on **Tuesday, November 12, 2019 at 11:00 am** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, VA 22314.

2. The Debtor shall appear and show cause, if any, why this case should not be dismissed with prejudice.

3. The Clerk shall mail a copy of this Order, or provide electronic notice of its entry, to the parties below.

Date: Oct 11 2019

/s/ Klinette H. Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Oct 11, 2019

**Copy electronically to**:

Jack Frankel
John P. Fitzgerald, III

**Copy mailed to:**

Global Realty Management Inc.
42414 Chamois Ct
Arcola, VA 20166

Kimberly Vu
42414 Chamois Court
Sterling, VA 20166